UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62273

ESTEBAN GUERRA,

     Plaintiff,

vs.

RESTORE IT ALL, INC. AND
SILVIA SVERA,

     Defendants.

_____/

<u>SUMMONS IN A CIVIL ACTION</u>

TO:    RESTORE IT ALL, INC.
       c/o Jillian E, Denmark, its Registered Agent
       41 SW Seminole Street Suite 212
       Stuart, FL 34994

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        Brian H. Pollock, Esq.
                        FairLaw Firm
                        135 San Lorenzo Avenue
                        Suite 770
                        Coral Gables, FL 33146
                        Tel:    (305) 230-4884
                        brian@fairlawattorney.com

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____               CLERK OF COURT

                               _____

Signature of Clerk or Deputy Clerk

Civil Action No.:

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any)_____was
received by me on (date)_____.

☐    I personally served the summons on the individual at (place) _____
_____, _____on (date)_____;
or

☐    I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion
who resides there,_____on (date) _____, and
mailed a copy to the individual's last known address; or

☐    I served the summons on (name of
individual)_____
designated by law to accept service of process on behalf of (name of organization) _____
_____on (date) _____; or

☐    I returned the summons unexecuted because _____; or

☐    Other (specify):

_____.

My fees are $_____for travel and $_____for services, for a total of $_____

I declare under penalty of perjury that this information is true.

Date:_____          _____
                                                        Server's Signature

                                              _____
                                                        Printed Name and Title

                                              _____
                                                        Server's address

Additional information regarding attempted service, etc: