UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62273

ESTEBAN GUERRA,

    Plaintiff,

vs.

RESTORE IT ALL, INC. AND
SILVIA SVERA,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:   RESTORE IT ALL, INC.
      c/o Jillian E, Denmark, its Registered Agent
      41 SW Seminole Street Suite 212
      Stuart, FL 34994

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Brian H. Pollock, Esq.
      FairLaw Firm
      135 San Lorenzo Avenue
      Suite 770
      Coral Gables, FL 33146
      Tel:   (305) 230-4884
      brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **Nov 12, 2025**



SUMMONS

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62273

ESTEBAN GUERRA,

    Plaintiff,

vs.

RESTORE IT ALL, INC. AND
SILVIA SVERA,

    Defendants.
_____/

SUMMONS IN A CIVIL ACTION

TO:    Silvia Svera
        1900 Van Buren St. Apt 109B
        Hollywood, FL 33020-5002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Brian H. Pollock, Esq.
    FairLaw Firm
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    (305) 230-4884
    brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 12, 2025

Angela E. Noble
Clerk of Court

SUMMONS
Deputy Clerk
U.S. District Courts

Civil Action No.:

PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____ was