UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62273-SINGHAL/STRAUSS

ESTEBAN GUERRA,

    Plaintiff,

vs.

RESTORE IT ALL, INC. AND
SILVIA SVERA,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Katelyn Schickman, Esq., of the FairLaw Firm, notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Esteban Guerra, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address / email address.

    Dated this 12th day of November 2025.

                                            s/Katelyn Schickman, Esq.
                                            Katelyn Schickman, Esq. (1064879)
                                            katie@fairlawattorney.com
                                            FAIRLAW FIRM
                                            135 San Lorenzo Avenue
                                            Suite 770
                                            Coral Gables, FL 33146
                                            Tel: 305.230.4884
                                            *Counsel for Plaintiff*