## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:25-CV-62273-AHS

Plaintiff:
**ESTEBAN GUERRA**

vs.

Defendant:
**RESTORE IT ALL, INC. AND SILVIA SVERA**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 13th day of November, 2025 at 5:05 pm to be served on **Silvia Svera, 1900 Van Buren St. Apt 109b, Hollywood, FL 33020-5002**.

I, Ernesto Avila, do hereby affirm that on the **17th day of November, 2025** at **2:50 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Silvia Svera** at the alternate address of: **4601 SW 44 Avenue, Dania, FL 33314**, and informed said person of the contents therein, in compliance with Federal statutes.

**Additional Information pertaining to this Service:**
11/14/2025  12:10 pm  Attempted Service: 1900 Van Buren St. Apt 109b, Hollywood, FL 33020-5002. This property is tenant occupied. Tenant gave me the owners number, 954-253-6833. I called and left a message.
11/15/2025  2:45 pm  The defendant called me at 2:45 and requested to be served at he POE 4601 SW 44 Ave Dania, FL 33314.
11/17/2025  2:50 pm  Service Made: 4601 SW 44 Avenue, Dania, FL 33314 Served at POE

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Brown, Glasses: N

I declare under penalty of perjury that this information is true.

_____
**Ernesto Avila**
S.P.S. #907 & C.P.S. #2171

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2025001808

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a