# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 0:25-CV-62273

Plaintiff:
**ESTEBAN GUERRA,**

vs.

Defendant:
**RESTORE IT ALL, INC. AND SILVIA SVERA,**

For:
FAIRLAW FIRM

Received by MICHAEL MERONE on the 17th day of November, 2025 at 9:23 am to be served on **RESTORE IT ALL, INC. C/O JILLIAN E, DENMARK, ITS REGISTERED AGENT, 41 SW SEMINOLE STREET 212, STUART, FL 34994**

I, MICHAEL MERONE, do hereby affirm that on the **17th day of November, 2025** at **11:07 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION & COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **Jillian Denmark** as **Registered Agent** at the address of: **41 SW SEMINOLE STREET 212, STUART, FL 34994** on behalf of **RESTORE IT ALL, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 135, Hair: Light Brown, Glasses: N

Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was effected in accordance with State statutes. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is requires.

*Michael Merone*

**MICHAEL MERONE**
CPS#15-04

**ACCURATE SERVE
1193 SE PORT ST LUCIE BLVD
SUITE 326
PORT ST LUCIE, FL 34952
(772) 207-1544**

Our Job Serial Number: ARD-2025006531
Ref: PSL7923

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b



```
DELIVERED  11/17/2025 11:07 AM
SERVER     MM
LICENSE    CPS#15-04
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62273

ESTEBAN GUERRA,

      Plaintiff,

vs.

RESTORE IT ALL, INC. AND
SILVIA SVERA,

      Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    RESTORE IT ALL, INC.
         c/o Jillian E, Denmark, its Registered Agent
         41 SW Seminole Street Suite 212
         Stuart, FL 34994

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        135 San Lorenzo Avenue
        Suite 770
        Coral Gables, FL 33146
        Tel:   (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 12, 2025



Angela E. Noble
Clerk of Court

SUMMONS

Deputy Clerk
U.S. District Courts