UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:25-CV-62273-SINGHAL/STRAUSS

ESTEBAN GUERRA,
        Plaintiff,

and

RESTORE IT ALL, INC. and
SILVIA SVERA
        Defendants.
_____/

## NOTICE OF APPEARANCE AND
## DESIGNATION OF EMAIL ADDRESS FOR SERVICE

JED R. FRIEDMAN, P.A., hereby appears as counsel of record on behalf of Defendants, RESTORE IT ALL, INC., and SILVIA SVERA and requests copies of all pleadings and correspondence.

**Email Designations:**
Primary email address for service: friedmanlawfirm@gmail.com
Secondary email address for service: jedfriedman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served by the Court's CM/ECF system to: Katelyn Schickman, Esq., katie@fairlawattorney.comBrian H. Pollock, Esq., brian@fairlawattorney.com, on December 8, 2025.

By: /s/ Jed R. Friedman
Jed R. Friedman, P.A.

## SERVICE LIST

| Katelyn Schickman, Esq.<br>Fairlaw Firm<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, FL 33146<br>katie@fairlawattorney.com<br>Tel: (305) 230-4884<br>*Counsel for Plaintiff* | Brain H. Pollock, Esq.<br>Fairlaw Firm<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, FL 33146<br>brian@fairlawattorney.com<br>Tel: (305) 230-4884<br>*Counsel for Plaintiff* |
|---|---|