IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 25-cv-622723-SINGHAL/STRAUSS

ESTEBAN GUERRA,
        Plaintiff,
vs.

RESTORE IT ALL, INC. and
SILVIA SVERA,
        Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants, RESTORE IT ALL, INC. and SILVIA SVERA, by and through undersigned counsel, hereby requests an extension of time of ten (10) days to respond to the Plaintiff's Complaint. In support, Defendants state as follows:

1. Undersigned counsel was retained on Friday, December 5, 2025, which was one business day ago.

2. Defendants' counsel is in need of additional time to familiarize himself with the case and is in need of an additional ten days to respond to the Complaint.

3. Today, December 8, 2025, undersigned counsel conferred with the Plaintiff's counsel, Katelyn Schickman, by telephone regarding the timing of the Defendants' response to the Complaint. Plaintiff's counsel represented that she had no objection to the 10-day extension sought herein, which would render the new deadline December 18, 2025.

4. This is not filed for the purpose of delay but to allow undersigned counsel to gather information and properly represent the defendants. There is little prejudice to the Plaintiff by a ten-day unopposed motion for extension of time.

5. Undersigned counsel is aware that last-minute filings for enlargements of time are disfavored, and files this only out of perceived necessity given the short time period to formulate a response.

WHEREFORE, Defendant prays for entry of an order allowing it through December 18, 2025, to respond to the Complaint.

Respectfully submitted,

JED R. FRIEDMAN, P.A.
25 SE 2nd Avenue, Suite 716
Miami, FL 33131
Telephone: (305) 375-0808
Fax: (305) 675-5971
friedmanlawfirm@gmail.com
/s/ Jed R. Friedman
Jed R. Friedman
Florida Bar No. 337500

## CERTIFICATE OF CONFERRAL

Undersigned counsel certifies that he conferred with Plaintiff's counsel, Katelyn Schickman, Esq. by telephone today, and she had no objection to the relief sought herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served by the Court's CM/ECF system to all attorneys on the below service list on December 8, 2025.

By: /s/ Jed R. Friedman
**Jed R. Friedman, P.A.**

## SERVICE LIST

| Brian Pollock, Esq.<br>Fairlaw Firm<br>135 San Lorenzo Avenue<br>Suite 770<br>Coral Gables, FL 33146<br>brian@fairlawattorney.com<br>*Attorney for Plaintiff* | Katelyn Schickman, Esq.<br>15870 SW 42 Ter<br>Miami, Florida 33185<br>Katelyn90600@gmail.com<br>*Attorney for Plaintiff* |
|---|---|