:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  0:25-CV-62273-SINGHAL/STRAUSS

ESTEBAN GUERRA,
        Plaintiff,

and

RESTORE IT ALL, INC. and
SILVIA SVERA
        Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendants, RESTORE IT ALL, INC. and SILVIA SVERA, by and through undersigned counsel, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement listing the parties and entities interested in this case as required by Rule 7.1(a) of the Federal Rules of Civil Procedure. The following persons have a financial interest in the outcome of this case.

1. Restore It All, Inc., Defendant;
2. Silvia Svera, Defendant;
3. Jed R. Friedman, Esq., Counsel for the Defendant;
4. Esteban Guerra, Plaintiff;
5. Brain H. Pollock, Esq., Counsel for the Plaintiff;
6. Katelyn Schickman, Esq., Counsel for the Plaintiff.

:

## DEFENDANTS CORPORATE DISCLOSURES

Defendant, RESTORE IT ALL, INC., has no parent corporation and no publicly held company owns 10% or more of its stock.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served by the Court's CM/ECF system to: Katelyn Schickman, Esq., katie@fairlawattorney.comBrian H. Pollock, Esq., brian@fairlawattorney.com, on December 15, 2025.

By: /s/ Jed R. Friedman
Jed R. Friedman, P.A.

## SERVICE LIST

| Katelyn Schickman, Esq. | Brain H. Pollock, Esq. |
|---|---|
| Fairlaw Firm | Fairlaw Firm |
| 135 San Lorenzo Avenue | 135 San Lorenzo Avenue |
| Suite 770 | Suite 770 |
| Coral Gables, FL 33146 | Coral Gables, FL 33146 |
| katie@fairlawattorney.com | brian@fairlawattorney.com |
| Tel:  (305) 230-4884 | Tel:  (305) 230-4884 |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |