UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62273-SINGHAL/STRAUSS

ESTEBAN GUERRA,

      Plaintiff,

vs.

RESTORE IT ALL, INC. AND
SILVIA SVERA,

      Defendants.

_____/

## **PROPOSED SCHEDULE**

      This MATTER is proposed to be set for jury trial for the week of April 12, 2027. The

Parties propose to adhere to the following schedule:

| | |
|---|---|
| May 8, 2026 | The Parties shall furnish lists with names and addresses of fact witnesses. The Parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| May 25, 2026 | The Parties shall select a mediator and jointly file a proposed order scheduling mediation. |
| June 8, 2026 | The Parties shall file motions to amend pleadings or join Parties |
| September 8, 2026 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). |
| September 21, 2026 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Local Rule 16.1(k). The Parties shall exchange rebuttal expert witness summaries and reports, as required by Local Rule 16.1(k). |
| November 11, 2026 | The Parties shall complete all discovery, including expert discovery. |
| November 9, 2026 | The Parties shall complete mediation and file a mediation report with the Court. |
| December 9, 2026 | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| December 21, 2026 | The Parties shall file a joint pre-trial stipulation, as required by Local Rule 16.1(e) and final proposed jury instructions. Joint proposed jury instructions or conclusions of law (for non-jury trials) shall outline: 1) |

|  | the legal elements of Plaintiff's claims, including damages, and 2) the legal elements of the defenses that are raised. |
|---|---|
| January 9, 2027 | The Parties shall file witness and exhibit lists and all *motions in limine*. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |

Dated this 20th day of March 2026.

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

s/Jed R. Friedman, Esq.
Jed R. Friedman, Esq.
Fla. Bar No.:337500
friedmanlawfirm@gmail.com
Jed R. Friedman, P.A.
25 SE 2nd Ave Ste 716, Miami, FL 33131
(305) 375-0808
*Counsel for Defendants*