UNITED STATES DISTRICT COURT
SSOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62273-SINGHAL/STRAUSS

ESTEBAN GUERRA,

      Plaintiff,

vs.

RESTORE IT ALL, INC. AND
SILVIA SVERA,

      Defendants.

_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, Esteban Guerra, notifies the Court that the parties have settled their dispute and

are in the process of negotiating and executing the written Settlement Agreement.

Dated this 16th day of April 2026.

Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*

135 San Lorenzo Avenue, Suite 770, Coral Gables, FL 33146
TEL 305.230.4884  FAX 305.230.4844
*www.fairlawattorney.com*