UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62273-SINGHAL/STRAUSS

ESTEBAN GUERRA,

      Plaintiff,

vs.

RESTORE IT ALL, INC. AND
SILVIA SVERA,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Esteban Guerra, and Defendants, Restore it All, Inc. and Silvia Svera, through their respective undersigned counsel, notify the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

Respectfully submitted on this 17th day of April 2026.

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879)
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
Counsel for Plaintiff

s/Jed R. Friedman, Esq.
Jed R. Friedman, Esq.
Fla. Bar No.: 337500
friedmanlawfirm@gmail.com
Jed R. Friedman, P.A.
25 SE 2nd Ave Ste 716, Miami, FL 33131
(305) 375-0808
Counsel for Defendants