UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62273-SINGHAL/STRAUSS

ESTEBAN GUERRA,

      Plaintiff,

vs.

RESTORE IT ALL, INC. AND
SILVIA SVERA,

      Defendants.

_____/

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF**
**SETTLEMENT AGREEMENT AND DISMISSAL OF CASE WITH PREJUDICE**

**THIS CAUSE,** having been heard on the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Case with Prejudice, and the Court having considered the same and being otherwise fully advised, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Joint Motion is hereby **GRANTED.**

2. The Court has reviewed the Settlement Agreement and, after considering factors set forth in *Lynn Food Stores v. U.S. ex rel. U.S. Department of Labor,* 679 F.2d 1350, 1352-53 (11th Circuit 1982), finds that this is fair and reasonable.

3. Therefore, the Settlement Agreement is APPROVED.

4. The above-entitled cause is hereby DISMISSED WITH PREJUDICE.

5. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

DONE and ORDERED at Fort Lauderdale, Florida this _____ day of April.


_____
RAAG SINGHAL

UNITED STATES DISTRICT JUDGE

cc: Counsel of Record