UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-CV-62273-SINGHAL/STRAUSS

ESTEBAN GUERRA,

      Plaintiff,

vs.

RESTORE IT ALL, INC. AND
SILVIA SVERA,

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF COMPLIANCE

Plaintiff Esteban Guerra notices the Court and all parties that he complied with the Court's Paperless Order dated April 29, 2026 at ECF No. 25 by filing the parties signed settlement agreement herewith as Exhibit "A" for the Court's review and approval.

Dated this 29th day of April 2026.

s/Brian H. Pollock, Esq.
Brian H. Pollock, Esq.
Fla. Bar No. 174742
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

1